**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Nicholas E. DEAN, Defendant— Appellant.**

No. 04–50121.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 16, 2005.

Wesley L. Hsu, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Michael Tanaka, Esq., FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

MEMORANDUM **

Nicholas E. Dean appeals his 33–month sentence following his guilty plea to one count of conspiracy to commit access device fraud and two counts of access device fraud, in violation of 18 U.S.C. § 1029. We have jurisdiction under 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Manuel SANABRIA–CIREROL, aka Alberto Cabatu–Sanabria, aka Luis Fernando Encinas–Hernandez, Defendant—Appellant.**

No. 04–10083.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and may not be cited to or by the

**856**

Submitted Sept. 12, 2005.*

Decided Sept. 16, 2005.

Michael T. Morrissey, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Donald W. Macpherson, Esq., The Macpherson Group, PC, Glendale, AZ, for Defendant–Appellant.

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

MEMORANDUM **

Manuel Sanabria–Cirerol appeals his conviction and 57–month sentence following a guilty plea for illegal re-entry after deportation and illegal alien in possession of a firearm, in violation of 8 U.S.C. § 1326(a) and (b)(2) and 18 U.S.C. § 922.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Sanabria–Cirerol has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. The clerk shall file Sanabria–Cirerol's pro se supplemental brief received on February 18, 2005. The government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We affirm the conviction.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Because appellant was sentenced under then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Hermoso–Garcia,* 413 F.3d 1085, 1089–90 (9th Cir. 2005).

Counsel's motion to withdraw is denied.

Conviction AFFIRMED and sentence REMANDED.

Elisabate Awgechew **WOLDE,**
Petitioner,

v.

Alberto R. **GONZALES, Attorney General, Respondent.**

No. 03–71893.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2005.*

Decided Sept. 16, 2005.

Dario Aguirre, Esq., San Diego, CA, for Petitioner.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).